**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 109291
*Attorneys for Plaintiff*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  **MAR 06 2017**  ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Eugene Rodriguez, individually and on behalf of all others similarly situated,,

Plaintiff,

-against-

Vision Financial Corp.,

Defendant.

Docket No: 2:15-cv-03694-JMA-GRB

---

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff nad/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice against the defendant.

Dated: March 5, 2017

*The Court construes plaintiff's request under FRCP 41(a)(2); and accordingly dismisses this case without prejudice. Case closed. So ordered.*

*/s/ Joan H. Azrack*
*USDJ*    *3/6/17*

**BARSHAY SANDERS, PLLC**

By: ___/s *David M. Barshay*___
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 109291
*Attorneys for Plaintiff*